IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL DAVIS,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]  CV-08-BE-1638-S |
| | ] |
| **SEARS, ROEBUCK AND COMPANY, et al.,** | ] |
| | ] |
| | ] |
| **Defendants.** | ] |

## FINAL ORDER

The court, having received "Joint Stipulation of Dismissal" (doc. 25), dismisses this action with prejudice, costs taxed as paid.

DONE and ORDERED this 24th day of March 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE